```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

       - v. -

LUIS TAVAREZ,

                Defendant.

-------------------------------------------------------------- x

24 CR 525 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Arraignment is set for **September 18, 2024**, at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 9, 2024

*[Signature]*
**ANDREW L. CARTER, JR.**
**United States District Judge**