# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

September 19, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/24/24

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Luis Tavarez**
      **24 Cr. 525 (ALC)**

Dear Judge Carter:

    I write, as counsel to Luis Tavarez in the above-captioned matter, to respectfully request that the Court modify Mr. Tavarez's conditions of release to include a mental health evaluation and treatment. Neither the government nor pretrial services object to this request.

    At Mr. Tavarez's September 18 arraignment on the indictment, the Court granted his oral application to add a mental health treatment condition of release. Today, pretrial services informed defense counsel that it must have a written Order from the Court in order to secure mental health services for Mr. Tavarez. Accordingly, I respectfully request that the Court amend Mr. Tavarez's bond to include the condition that he receive a mental health evaluation and treatment as directed by pretrial services.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Luis Tavarez*

cc: Counsel of record

**SO ORDERED:**

_____   9/20/24
**HON. ANDREW L. CARTER, JR.**
United States District Judge