```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-30-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,

       -against-                               24-CR-525 (ALC)

                                                                  **ORDER**

LUIS TAVAREZ,

                        Defendant.
-----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

      The Status Conference scheduled for January 9, 2025, is rescheduled to **January 7, 2025, at 12:30 p.m.**

SO ORDERED.

Dated:     New York, New York
             December 30, 2024

                                                                ANDREW L. CARTER, JR.
                                                               United States District Judge