```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/22/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

            -against-

      24-CR-525 (ALC)

      **ORDER**

LUIS TAVAREZ,

                        Defendants.
------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

Today's status conference is ADJOURNED to **May 20, 2025, at 12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
          April 22, 2025

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**