USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-29-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

- v. -                                                                 24-CR-525 (ALC)

                                                                       **ORDER**

Luis Tavarez,

                             Defendant.

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **May 8, 2025,** at **2:30 p.m**.

SO ORDERED.

Dated:     New York, New York
            April 29, 2025

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**