USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/20/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-

LUIS TAVAREZ,

-------------------------------------------------------X

24 Cr. 525 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Status Conference scheduled for May 19, 2025, is CANCELED.

SO ORDERED.

Dated: New York, New York
       May 19, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE