# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 29, 2025

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/29/25___

Re:    **United States v. Luis Tavarez**
       **24 Cr. 525 (ALC)**

Dear Judge Carter:

    I write with the government's consent to respectfully request a two-day extension to file Luis Tavarez's sentencing memorandum and a corresponding extension of the government's sentencing submission deadline in the above-captioned matter, with the sentencing date to remain as scheduled.

    Mr. Tavarez's sentencing is currently scheduled for August 12 at 2:00 p.m. He does not wish to adjourn sentencing. The defense submission is currently due today, July 29, and the government's submission is due on August 5. Probation has not yet disclosed the final presentence report and I have been advised that the final report will not be disclosed until July 30 or July 31. Because I must review the final presentence report before filing Mr. Tavarez's sentencing memorandum, I respectfully request a two-day extension until Thursday, July 31 to file the submission, and a corresponding two-day extension for the government's submission. The government consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Luis Tavarez*

cc:   Counsel of record

**SO ORDERED:**

_____ 7/29/25

**HON. ANDREW L. CARTER, JR.**
United States District Judge

2