ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-12-25

---

UNITED STATES

vs.

LUIS TAVAREZ,

---

24 Cr. 525 ( ALC )

Order

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant, LUIS TAVAREZ, Reg # 29070-511 having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

8/12/25
_____
Date